IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MARILU FRUTUOSO, MARGARITA VILLEGAS, OSCAR MURILLO, MARIA GARCIA AND JOSEFA YANEZ, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br>　　　　　PLAINTIFFS,<br><br>V.<br><br>HEB GROCERY COMPANY, LP, AND PASTRANAS PRODUCE, INC.,<br>　　　　　DEFENDANTS. | §§§§§§§§§§§§ CAUSE NO. A-10-CA-951-LY |

## FINAL JUDGMENT

Before the Court is the above-styled and numbered cause. On October 17, 2011, the Court granted the parties' Joint Request for Dismissal with Prejudice (Clerk's Doc. No. 29). Accordingly, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this __18th__ day of October, 2011.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE